IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division
Civil Case Action No. 7:21-cv-00549-MFU

| | |
|---|---|
| DENIECE PAGANS, JANET SWEET, SAFI M. RIAZ, BESSIE M. MCADAMS, KEITH O. EDWARDS and PETER H. DARGEL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCE STORES COMPANY, INCORPORATED and THE RETIREMENT COMMITTEE OF ADVANCE AUTO PARTS, INC. 401(k) PLAN,<br><br>     Defendants. | **SECOND JOINT MOTION TO EXTEND FACT DISCOVERY AND ATTENDANT DEADLINES TO PARTICIPATE IN MEDIATION** |

**NOW COME** Plaintiffs, Janet Sweet, Safi M. Riaz, Bessie M. McAdams, Keith O. Edwards, and Peter H. Dargel, individually and on behalf of all others similarly situated ("Plaintiffs") and Defendants, Advance Stores Company, Incorporated ("Advance") and The Retirement Committee of Advance Auto Parts, Inc. 401(k) Plan (the "Committee") (collectively, "Defendants"), (together, the "Parties"), by and through their respective counsel, and respectfully request that the Court extend the Deadline to Complete Fact Discovery and all attendant deadlines by sixty (60) days so that the Parties can participate in mediation on October 19, 2023.

    1.    This is the Parties' second request for an extension of the Scheduling Order deadlines.

    2.    The Court entered the Original Scheduling Order on January 24, 2023 (Dkt. 39).

    3.    While engaged in discovery, the Parties conferred and agreed to attempt to resolve the case through mediation.

4. The Parties then filed a Joint Motion to Extend Fact Discovery and Attendant Deadlines to allow time to mediate the case while conserving both the Parties' and Court's resources (Dkt. 59). In the Joint motion, the Parties requested to extend the Deadline to Complete Fact Discovery by ninety (90) days from July 21, 2023 to October 19, 2023. *Id.*

5. On July 25, 2023, the Court granted the Parties' Joint Motion modifying the Scheduling Order (Dkt. 60). Accordingly, the Current Deadline to Complete Fact Discovery is October 19, 2023. *Id.*

6. Subsequently, the Parties and the mediator have conferred to schedule a date for the mediation; however, the mediator's earliest availability for mediation is mid-October.

7. The Parties and the mediator have agreed to mediate the case on October 19, 2023, which is the same date as the Current Deadline to Complete Fact Discovery.

8. Accordingly, Parties are requesting an extension of the Deadline to Complete Fact Discovery by sixty (60) days from October 19, 2023 to December 18, 2023 to allow time to mediate the case while conserving both the Parties' and Court's resources.

9. The requested extension will affect attendant scheduling deadlines as well. Accordingly, the Parties request the following modifications to the Scheduling Order:

| Event | Current Deadline | Requested Deadline |
|---|---|---|
| Deadline To Complete Fact Discovery | October 19, 2023 | December 18, 2023 |
| Initial Expert Disclosures | November 20, 2023 | January 19, 2024 |
| Opposing Expert Disclosures | December 21, 2023 | February 19, 2024 |
| Rebuttal Expert Reports | January 22, 2024 | March 22, 2024 |
| Deadline To Complete Expert Discovery | March 14, 2024 | May 13, 2024 |
| Deadline To File Dispositive Motions | May 1, 2024 | July 1, 2024 |
| Opposition To File Dispositive Motions | June 3, 2024 | August 2, 2024 |
| Reply In Support of Dispositive Motions | July 2, 2024 | September 2, 2024 |
| Deadline For Hearing Dispositive Motions | July 29, 2024, at 9:30 am via zoom | September 27, 2024, at 9:30 am via zoom |
| Deadline For Hearing Motions In Limine | To Be Determined | To Be Determined |

| Final Pretrial Conference | November 6, 2024, at 9:30 am via zoom | January 6, 2025, at 9:30 am via zoom |
|---|---|---|
| Trial | December 9, 2024, at 9:30 am | February 7. 2025, at 9:30 am |

10. The Parties make this motion in good faith for the purpose of attempting to efficiently resolve the case through mediation, and if not successful, to complete needed discovery. Accordingly, this motion is not for the purpose of delay.

WHEREFORE, the Parties respectfully request that this Court modify the Scheduling Order to grant an extension of Deadline to Complete Fact Discovery by sixty (60) days from October 19, 2023 until December 18, 2023, and modify the attendant deadlines affected by this change, as set forth above and the attached proposed Amended Scheduling Order.

Date: August 23, 2023                                    Respectfully submitted,

**CAPOZZI ADLER, P.C.**

*/s/ Mark K. Gyandoh*
Mark K. Gyandoh
(admitted *pro hac*)
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile: (717) 233-4103
Email: markg@capozziadler.com

Donald R. Reavey
(admitted *pro hac*)
2933 North Front Street
Harrisburg, PA 17110
Telephone: (717) 233-4101
Facsimile: (717) 233-4103
Email: donr@capozziadler.com

Andrew L. Fitzgerald (VSB No. 20571)
FITZGERALD, HANNA, SULLIVAN, PLLC
119 Brookstown Avenue, Suite 402
Winston-Salem, NC 27101
Telephone: 336-793-4696
Fax: 336-793-4698

3

Email: andy@fitzgeraldlitigation.com

Aaron B. Houchens (VSB No. 80489)
AARON B. HOUCHENS, P.C.
111 E. Main Street
P.O. Box 1250
Salem, VA 24153
Telephone: 540-389-4498
Fax: 540-339-3903
Email: aaron@houchenslaw.com

*COUNSEL FOR PLAINTIFFS*

And

**JACKSON LEWIS P.C.**

/s/ *René E. Thorne*
René E. Thorne (LA Bar #22875)
(admitted *pro hac*)
601 Poydras Street, Suite 1400
New Orleans, Louisiana  70130
Telephone:     (504) 208-1755
Facsimile:     (504) 208-1759
Email: René.Thorne@jacksonlewis.com

Phillip C. Thompson (KS Bar #27575)
(admitted *pro hac*)
7101 College Blvd., Ste 1200
Overland Park, KS 66210
Telephone: (913) 982-5759
Facsimile: (913) 982-5758
Email: Phillip.Thompson@jacksonlewis.com

Kevin D. Holden (VSB No. 30840)
701 E. Byrd Street, 17th Floor
Richmond, Virginia  23219
P.O. Box 85068
Richmond, Virginia  23285
Telephone:     (804) 649-0404
Facsimile:     (804) 649-0403
Email: Kevin.Holden@jacksonlewis.com

*COUNSEL FOR DEFENDANTS*