IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division
Civil Case Action No. 7:21-cv-00549-MFU

| | |
|---|---|
| DENIECE PAGANS, JANET SWEET, SAFI M. RIAZ, BESSIE M. MCADAMS, KEITH O. EDWARDS and PETER H. DARGEL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCE STORES COMPANY, INCORPORATED and THE RETIREMENT COMMITTEE OF ADVANCE AUTO PARTS, INC. 401(k) PLAN,<br><br>Defendants. | **JOINT NOTICE OF SETTLEMENT** |

**NOW COME** Plaintiffs, Janet Sweet, Safi M. Riaz, Bessie M. McAdams, Keith O. Edwards, and Peter H. Dargel, individually and on behalf of all others similarly situated ("Plaintiffs") and Defendants, Advance Stores Company, Incorporated ("Advance") and The Retirement Committee of Advance Auto Parts, Inc. 401(k) Plan (the "Committee") (collectively, "Defendants"), (together, the "Parties"), by and through their respective counsel, who respectfully submit this Notice of Settlement to inform the Court  that, following mediation with a neutral, well-respected mediator, the Parties have agreed in principle to resolve the litigation.  The Parties are working to memorialize their agreement and prepare the appropriate papers to submit to the Court for preliminary approval of the settlement under Federal Rule of Civil Procedure 23.  The Parties propose that Plaintiffs file a motion for preliminary approval of the settlement and all necessary and appropriate supporting papers by December 19, 2023.

NOW, THEREFORE, the Parties respectfully request the Court stay all pending deadlines in this action and set a deadline of December 19, 2023, for Plaintiffs to file a motion for preliminary approval of the settlement with all necessary and appropriate supporting papers.  If, however, the Parties are not in a position to fully document their settlement or obtain all necessary consents or approvals, by December 19, 2023, the Parties will promptly file a joint report to apprise the Court of their progress and request additional time.

Date: November 3, 2023                    Respectfully submitted,

**CAPOZZI ADLER, P.C.**

*/s/ Mark K. Gyandoh*
Mark K. Gyandoh
(admitted *pro hac*)
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile: (717) 233-4103
Email: markg@capozziadler.com

Donald R. Reavey
(admitted *pro hac*)
2933 North Front Street
Harrisburg, PA 17110
Telephone: (717) 233-4101
Facsimile: (717) 233-4103
Email: donr@capozziadler.com

Andrew L. Fitzgerald (VSB No. 20571)
**FITZGERALD, HANNA, SULLIVAN, PLLC**
119 Brookstown Avenue, Suite 402
Winston-Salem, NC 27101
Telephone: 336-793-4696
Fax: 336-793-4698
Email: andy@fitzgeraldlitigation.com

Aaron B. Houchens (VSB No. 80489)
**AARON B. HOUCHENS, P.C.**
111 E. Main Street
P.O. Box 1250
Salem, VA 24153

Telephone: 540-389-4498
Fax: 540-339-3903
Email: aaron@houchenslaw.com

*COUNSEL FOR PLAINTIFFS*

And

**JACKSON LEWIS P.C.**

/s/ *René E. Thorne*
René E. Thorne (LA Bar #22875)
(admitted *pro hac*)
601 Poydras Street, Suite 1400
New Orleans, Louisiana  70130
Telephone:     (504) 208-1755
Facsimile:     (504) 208-1759
Email: René.Thorne@jacksonlewis.com

Phillip C. Thompson (KS Bar #27575)
(admitted *pro hac*)
7101 College Blvd., Ste 1200
Overland Park, KS 66210
Telephone: (913) 982-5759
Facsimile: (913) 982-5758
Email: Phillip.Thompson@jacksonlewis.com

Kevin D. Holden (VSB No. 30840)
701 E. Byrd Street, 17th Floor
Richmond, Virginia  23219
P.O. Box 85068
Richmond, Virginia  23285
Telephone:     (804) 649-0404
Facsimile:     (804) 649-0403
Email: Kevin.Holden@jacksonlewis.com

*COUNSEL FOR DEFENDANTS*