IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **JANET SWEET, <u>et al.</u>,** | ) |
| | ) |
| Plaintiffs, | ) Case No. 7:21-cv-549 |
| | ) |
| v. | ) By:   Michael F. Urbanski |
| | ) Chief United States District Judge |
| **ADVANCE AUTO STORES** | ) |
| **COMPANY, INC. <u>et al.</u>,** | ) |
| | ) |
| Defendants. | |

## ORDER

This matter comes before the court on the parties Joint Notice of Settlement informing the court that the parties have agreed in principle to resolve the litigation. ECF No. 64. Approval of this settlement is required pursuant to Federal Rule of Civil Procedure 23.

The court therefore **ORDERS** that all pending pretrial deadlines in this action are hereby **STAYED** and **ORDERS** plaintiffs to file a motion for preliminary approval of this settlement with all necessary and appropriate supporting papers by December 19, 2023.

It is **SO ORDERED**.

Entered: November 3, 2023

*Digitally signed by Michael F. Urbanski   Chief U.S. District Judge*
*Date: 2023.11.03 17:01:09 -04'00'*

Michael F. Urbanski
Chief United States District Judge